# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00722-CV

**Nathaniel Freeman, Appellant**

**v.**

**Bert Dickens, Inc., Appellee**

### FROM THE DISTRICT COURT OF 155TH COUNTY, FAYETTE JUDICIAL DISTRICT
### NO. 2001V-067, HONORABLE DAN R. BECK, JUDGE PRESIDING

Appellant Nathaniel Freeman seeks to appeal from an order signed November 27, 2001. Appellant filed his notice of appeal on December 7, 2001. No fees have yet been paid, and appellant has indicated he will not pursue his appeal. Therefore, we dismiss the appeal for want of prosecution on our own motion. *See* Tex. R. App. P. 42.3(b).

Lee Yeakel, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed for Want of Prosecution

Filed:   January 17, 2002

Do Not Publish